AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>Denise Romero<br><br>*Defendant(s)* | Case No.  18mj468 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 7, 2018__ in the county of __Bernalillo__ in the _____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 751(a) | Whoever escapes or attempts to escape from custody of the Attorney General or his authorized representative, or from an institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense. |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Lawrence Joseph Barreras, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/2/18

_____
*Judge's signature*

City and state: __Albuquerque, New Mexico__   Jerry H, Ritter, U.S. Magistrate Judge
*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO
## AFFIDAVIT IN SUPPORT IN SUPPORT OF CRIMINAL COMPLAINT

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| V.     ) | CRIMINAL NO. |
| ) | |
| ) | |
| Denise Romero   ) | |

## A F F I D A V I T

I, Lawrence Joseph Barreras Jr, a Deputy U.S. Marshal of the United States Marshal Service and the United States Department of Justice, being duly sworn, depose and say:

1. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18 of the United States code.

2. I am a Deputy United States Marshal assigned to the District of New Mexico, Albuquerque office. I have been a Deputy United States Marshal for 9 years. I have completed a 6 week Basic Deputy U.S. Marshal training Academy as well as a 12 week Criminal Investigative Training Academy at the Federal Law Enforcement Training Center in Glynco, GA.

3. All of the facts set forth in this Affidavit are personally known to me or have been made known to me by other sworn law enforcement officers.

1

4. This affidavit is respectfully submitted, to the best of my knowledge, in support of a complaint charging Denise Romero with a violation of Title 18 U.S.C Section 751(a) in that she knowingly escaped from the custody of the Attorney General and Bureau of Prisons, in which she was confined, by the direction of a United States District Judge. This affidavit is based upon my own knowledge, my review of official Bureau of Prisons Records, and other law enforcement agencies. It is also based on discussions with officers from such agencies. Since the affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning the investigation. I have set forth only the facts that I believe necessary to establish probable cause to demonstrate that Title 18 U.S.C Section 751(a) has been violated.

5. On August 11, 2015, ROMERO plead guilty to 18 U.S.C. Sec. 2113(a) Bank Robbery. As a result Romero was committed to the custody of the Bureau of Prisons to be imprisoned for a term of 37 months in the U.S. District Court for the District of New Mexico Case Number: 1:15CR0-01281-001WJ.

6. On September 12, 2017, ROMERO was placed at the Dismas Charities Diersen Residential Re-entry Center in Albuquerque by the Bureau of Prisons and signed the Acknowledgement of Custody form that states "I understand that I am in the custody of the Attorney General of the United States. I further understand that leaving the Residential Center without permission of the Center Director or his/her authorized representative, shall be deemed an escape from the custody of the Attorney General". Deon Paywa Staff member at Diersen Residential Re-entry Center also signed and witnessed Romero sign the Acknowledgement of Custody form.

7. On February 7, 2018 ROMERO left the Residential Re-Entry Center, Dismas Charities in Albuquerque, NM and failed to return. ROMERO does not have permission from the facility staff to reside at any other location

8. On February 7, 2018 the United States Bureau of Prisons notified the United States Marshals Office that ROMERO had left the facility and failed to return. The Bureau of Prisons reported that Romero's whereabouts remain unknown.

9. On March 2, 2017 I conducted a telephonic interview with Kelly Bowman at Diersen Charities, in Albuquerque, NM and he confirmed ROMERO has not returned to or spoken with staff at the Facility.

WHEREFORE, it is respectfully submitted that probable cause exists to believe that Denise Romero did commit an offense in violation of Title 18 U.S.C Section 751(a) in that he knowingly escaped from custody of the Bureau of Prisons, an institution or facility in which he was confined by the direction of a United States Judge.

Respectfully submitted,

_____
Lawrence Joseph Barreras
Deputy U.S. Marshal
U.S. Marshals Service

Subscribed and sworn to before me this 2nd day of March, 2018.

_____
The Honorable Jerry H Ritter
U.S. Magistrate Judge
District of New Mexico

3